UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
STACEY HEARTLINE                                            ORDER
                                                            CV-03-1974  DRH

    -against-
ANTHONY GALLO, ET AL.
------------------------------------------------------X

**IT IS HEREBY ORDERED** that the following named jurors in the above titled case are permitted to bring cell phones and/or computers in to the Courthouse.

    TERRENCE MOORE
    YAMILA KONDAK
    SOFIA KALALMARAS
    ROBERTA POPPER
    NANETTE WEINGARTEN
    THOMAS SMITH

SO ORDERED.

    Dated: June 1, 2009

                                                        /s/
                                      DENIS R. HURLEY, U.S.D.J