```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
STACEY HEARTLINE                        ORDER OF SUSTENANCE
                                        CV-03-1974 (DRH)

    -against-

ANTHONY GALLO, ET. AL.
--------------------------------X

         IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )      LODGING
( X )    SUSTENANCE ORDERED FROM CARLETON AVE. DELI
( )      TRANSPORTATION

         TO THE  (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 15, 2009.


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 15, 2009                    _____
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE


_____         DURING TRIAL

  X            DELIBERATING

_____         SEQUESTERED

_____         OTHER

                                        A TRUE COPY ATTEST
                                        DATED: June 15, 2009
                                        ROBERT C. HEINEMANN, CLERK
                                        BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
STACEY HEARTLINE                          ORDER OF SUSTENANCE
                                          CV-03-1974 (DRH)

     -against-

ANTHONY GALLO,ET. AL.
--------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVE. DELI
(   )     TRANSPORTATION

          TO THE  (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 15, 2009.


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 15, 2009                      _____
                                          DENIS R. HURLEY
                                          U.S. DISTRICT JUDGE


_____     DURING TRIAL

  X        DELIBERATING
_____

_____     SEQUESTERED

_____     OTHER

                                          A TRUE COPY ATTEST
                                          DATED: June 15, 2009
                                          ROBERT C. HEINEMANN, CLERK
                                          BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
STACEY HEARTLINE                              ORDER OF SUSTENANCE
                                              CV-03-1974 (DRH)

        -against-

ANTHONY GALLO, ET. AL.
--------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )       LODGING
( X )       SUSTENANCE ORDERED FROM CARLETON AVE. DELI
(   )       TRANSPORTATION

        TO THE  (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 15, 2009.


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 15, 2009                   _____
                                       DENIS R. HURLEY
                                       U.S. DISTRICT JUDGE


_____      DURING TRIAL

  X         DELIBERATING

_____      SEQUESTERED

_____      OTHER

                                       A TRUE COPY ATTEST
                                       DATED: June  15,  2009
                                       ROBERT C. HEINEMANN, CLERK
                                       BY: PATRICIA BEST,
```