```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
STACEY HEARTLINE                          ORDER OF SUSTENANCE
                                          CV-03-1974 (DRH)

     -against-

ANTHONY GALLO, ET. AL.
--------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVE. DELI
(   )     TRANSPORTATION

          TO THE  (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 16, 2009.


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 16, 2009                            /s/
                                          ─────────────────
                                          DENIS R. HURLEY
                                          U.S. DISTRICT JUDGE



_____     DURING TRIAL

  X        DELIBERATING

_____     SEQUESTERED

_____     OTHER
                                          A TRUE COPY ATTEST
                                          DATED: June 16, 2009
                                          ROBERT C. HEINEMANN, CLERK
                                          BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
STACEY HEARTLINE                            ORDER OF SUSTENANCE
                                            CV-03-1974 (DRH)

     -against-

ANTHONY GALLO,ET. AL.
-------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVE. DELI
(   )     TRANSPORTATION

        TO THE  (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 16, 2009.


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 16, 2009                        _____/s/_____
                                            DENIS R. HURLEY
                                            U.S. DISTRICT JUDGE


_____     DURING TRIAL

  X        DELIBERATING

_____     SEQUESTERED

_____     OTHER

                                            A TRUE COPY ATTEST
                                            DATED: June 16, 2009
                                            ROBERT C. HEINEMANN, CLERK
                                            BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
STACEY HEARTLINE                          ORDER OF SUSTENANCE
                                          CV-03-1974 (DRH)

     -against-

ANTHONY GALLO, ET. AL.
--------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVE. DELI
(   )     TRANSPORTATION

          TO THE  (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON JUNE 16, 2009.


DATED: CENTRAL ISLIP, NEW YORK
       JUNE 16, 2009                      _____/s/_____
                                          DENIS R. HURLEY
                                          U.S. DISTRICT JUDGE


_____      DURING TRIAL

  X        DELIBERATING

_____      SEQUESTERED

_____      OTHER

                                          A TRUE COPY ATTEST
                                          DATED: June 16, 2009
                                          ROBERT C. HEINEMANN, CLERK
                                          BY: PATRICIA BEST,
```