AO 450 (Rev. 5/85) Judgment in a Civil Case

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

**STACEY HARTLINE**                          CIVIL JUDGMENT
                                             CV-03-1974 (DRH)

    **-against-**

**ANTHONY GALLO, DARREN GAGNON,
MARLA DONOVAN, JIM SHERRY, and
INCORPORATED VILLAGE OF
SOUTHAMPTON**

-----------------------------------------------------------X

X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on JUNE 16, 2009.

    Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    The case having been tried, and a jury having rendered a verdict for defendants, and the Court having denied plaintiff's motion for judgment as a matter of law, or in the alternative, for a new trial,

    IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, STACEY HARTLINE, take nothing from defendants, ANTHONY GALLO, DARREN GAGNON, MARLA DONOVAN, JIM SHERRY, and THE INCORPORATED VILLAGE OF SOUTHAMPTON.

    The case is closed with prejudice.

Dated:  DECEMBER 15, 2010          ROBERT C. HEINEMANN
       Central Islip, New York          CLERK OF THE COURT
                                                 By: PATRICIA BEST
                                                    Deputy Clerk